# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1110

_____

United States of America

*Plaintiff - Appellee*

v.

Nicole Renee Contreras, also known as Nicole Renee Svoboda

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: August 15, 2018
Filed: August 31, 2018
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Nicole Contreras appeals following the district court's[1] grant of a motion to reduce her sentence. Her counsel has moved to withdraw and filed a brief challenging

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

the reduced sentence. After careful review, we conclude we lack jurisdiction over this appeal. <u>See</u> 18 U.S.C. § 3742(a). Accordingly, we grant counsel leave to withdraw and dismiss this appeal.

_____